**No. 49738.**—Protests 87460–K, etc., of Thermal Syndicate, Ltd. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and on the authority of *Thermal Syndicate, Ltd.* v. *United States* (12. Cust. Ct. 205, C. D. 855), the claim for free entry was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 4, 1944

**No. 49739.**—Protest 97812–K of Schear & Schrader (New York).

Opinion by OLIVER, P. J. It was stipulated that the balloons are similar to those involved in Abstract 40493. In accordance therewith the claim under paragraph 409 was sustained.

**No. 49740.**—Protests 30595–K, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49741.**—Protests 983395–G, etc., of Baron & Arnof, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 4, 1944

**No. 49742.**—Protests 957635- G, etc., of Fook Wo Tong et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the merchandise found to be crude drugs was held entitled to free entry under paragraph 1669, Tariff Act of 1930, or paragraph 1567, Tariff Act of 1922. Those drugs found to be advanced in value were held dutiable at 10 percent ad valorem under paragraph 34, Tariff Act of 1930 or Tariff Act of 1922. Almonds, shelled, blanched, roasted, or otherwise prepared were held dutiable as apricot kernels at 3 cents per pound under paragraph 762, Tariff Act of 1930, or paragraph 760, Tariff Act of 1922, following Abstracts 34104 and 29214.